<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6492**

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

OMAR JERMEL DIXON, a/k/a O Dixon, a/k/a Omar Dixon-El, a/k/a Omar Jermel Dixon-El, a/k/a Omar Germal Dixon, a/k/a Omar Jermal Dixon, a/k/a Omar Jermel Dixon El,

Defendant – Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, Senior District Judge. (3:02-cr-00209-JRS-1)

Submitted: October 13, 2016          Decided: October 18, 2016

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Omar Jermel Dixon, Appellant Pro Se. Brian R. Hood, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Omar Jermel Dixon appeals the district court's order denying his 18 U.S.C. § 3582 (2012) motion for reduction of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Dixon, No. 3:02-cr-00209-JRS-1 (E.D. Va. Mar. 10, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED